UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal Action No. 3: 11-12-DCR |
| Plaintiff/Respondent, | ) | Civil Action No. 3: 12-7233-DCR-EBA |
| | ) | |
| V. | ) | |
| | ) | **JUDGMENT** |
| KAREN MARIE VANMETER, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this habeas proceeding by Defendant/Movant Karen Marie VanMeter.

2. This habeas proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue on any issue raised in this proceeding.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for any delay.

This 3rd day of May, 2013.


Signed By:
*Danny C. Reeves* DCR
United States District Judge